Giovanni Orantes, State Bar No. 190060
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010
Telephone: (213) 389-4362
Facsimile: (877) 789-5776
go@gobklaw.com

Counsel for Reorganized Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>QUACH INVESTMENTS, LLC,<br><br>　　　　　Reorganized Debtor. | Case No. 2:11-bk-28580-DS<br><br>Chapter 11 Proceeding<br><br>**POST CONFIRMATION CHAPTER 11 STATUS REPORT**<br><br>**HEARING**<br>Date:　　July 11, 2017<br>Time:　　10:30 a.m.<br>Place:　　Crtrm: 1339<br>　　　　　255 East Temple Street<br>　　　　　Los Angeles, CA 90012 |

　　　　Quach Investments, LLC, the Debtor and Debtor-in-Possession (the "Debtor") submits this Chapter 11 Status Report.

　　　　1.　　The Debtors filed the Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1), and was set for hearing on .

　　　　2.　　On July 11, 2016 Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b)

　　　　3.　　On February 19, 2016, the Debtor and Lobel, Neue & Till, LLP (f/k/a The Lobel Firm, LLP filed the Stipulation Regarding Appointment of Sale Officer to Oversee Disposition of Reorganized Debtor's Remaining Real Estate Assets (the "Stipulation).

4. On February 23, 2016, the Court entered the Order Approving the Stipulation Regarding Appointment of Sale Officer to Oversee Disposition of Reorganized Debtor's Remaining Real Estate Assets. The sale has not occurred to date.

5. On May 25, 2016, the Debtor uploaded the Order Granting Motion for Post-Confirmation Modification of Debtor's Chapter 11 Plan Of Reorganization Including Approval of Modified Disclosure Statement And Confirmation of Plan Of Reorganization And Final Decree Closing Case (the "Order Modifying Chapter 11 Plan").

6. On June 21, 2016, the Court rejected the Order Modifying Chapter 11 Plan stating that *"This order will be discussed at the next status conference in this case"*.

7. The Debtor is informed that Mr. Grobstein needs evidence of satisfaction of some liens encumbering one of the vacant lots to close escrow. Mr. Grobstein was ultimately ussuccessful in selling parcels of land to pay off the administrative claims in the case.

8. Since then, former counsel has asserted its demand to be paid a balance remaining on its fee award after the Debtor sold its real estate asset and paid most of it.

9. The Debtor, through counsel, continues to try to arrange a meeting between Calvin Quach, the Debtor's Principal, and James Till to attempt to resolve the foregoing. Otherwise, Mr. Till's law firm, the Debtor's former counsel, may take steps to resolve the balance on their fee award.

Respectfully submitted,

**THE ORANTES LAW FIRM, P.C.**

Dated: June 27, 2017

By: /s/ Giovanni Orantes
Giovanni Orantes
General Insolvency Counsel for Debtor and
Reorganized Debtor, Quach Investments, LLC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Orantes Law Firm, 3435 Wilshire Blvd., Suite 2920, Los Angeles, CA  90010**

A true and correct copy of the foregoing document described **Post confirmation Chaper 11 Status Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:   •

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 27, 2017**, checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| Marc C Forsythe on behalf of Interested Party Courtesy NEF<br>kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com | Paul H Kim on behalf of Creditor Los Angeles Treasurer and Tax Collector<br>Pkim@counsel.lacounty.gov | Kenneth G Lau on behalf of U.S. Trustee United States Trustee (LA)<br>kenneth.g.lau@usdoj.gov |
|---|---|---|
| Michael Y Lo on behalf of Interested Party Courtesy NEF<br>bklolaw@gmail.com, jaylo1225@gmail.com | Lloyd S Mann on behalf of Creditor Far East National Bank, c/o Mann & Zarpas, LLP<br>lmann@mannzarpas.com | Lloyd S Mann on behalf of Creditor MB Montclair, LLC<br>lmann@mannzarpas.com |
| Lloyd S Mann on behalf of Creditor Spiegel Development, Inc.<br>lmann@mannzarpas.com | Lloyd S Mann on behalf of Interested Party Courtesy NEF<br>lmann@mannzarpas.com | Giovanni Orantes on behalf of Debtor Quach Investments, LLC<br>go@gobklaw.com, gorantes@orantes-law.com, cmh@gobklaw.com, gobklaw@gmail.com,go@ecf.inforuptcy.com |
| Randy P Orlik on behalf of Interested Party Courtesy NEF<br>rorlik@coxcastle.com | Martha E Romero on behalf of Creditor San Bernardino County Tax Collector<br>Romero@mromerolawfirm.com | James E Till on behalf of Attorney Lobel Firm, LLP<br>jtill@btntlaw.com |
| James E Till on behalf of Interested Party Lobel, Neue & Till, LLP<br>jtill@btntlaw.com | United States Trustee (LA)<br>ustpregion16.la.ecf@usdoj.gov | Kirsten A Worley on behalf of Other Professional Westridge Commercial, Inc.<br>kw@wlawcorp.com, admin@wlawcorp.com |

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **June 27, 2017** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**TOP 20 UNSECURED CREDITORS**

| **Honorable Deborah J. Saltzman**<br>United States Bankruptcy Court<br>Central District of California<br>255 E. Temple Street, Suite 1334 | Burrtec Waste<br>Managing Agnt, Officer, or Dirctor<br>1250 East Holt Ave.<br>Pomona, CA 91767 | City of Montclair<br>5111 Benito Street<br>PO Box 2038<br>Montclair, CA 91763 |
|---|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                 F 9013-3.1

| | | |
|---|---|---|
| Los Angeles, CA 90012 | | |
| Farmers Insurance<br>Managing Agnt, Officer, or Director<br>Payment Processing Center<br>PO Box 894731<br>Los Angeles, CA 90189 | J&R Sweeper Service<br>Managing Agnt, Officer, or Director<br>9707 Jurupa Rd.<br>Riverside, CA 92509 | Monte Vista Water<br>Managing Agnt, Officer, or Director<br>PO Box 71<br>10575 Central Ave<br>Montclair, CA 91763 |
| Southern California Edison<br>Managing Agnt, Officer, or Director<br>PO Box 800<br>Rosemead, CA 91770 | TD Service Company<br>Managing Agnt, Officer, or Director<br>1820 E First St<br>Suite 210<br>Santa Ana, CA 92711 | Verizon<br>Managing Agnt, Officer, or Director<br>PO Box 4861<br>Trenton, NJ 08650-4861 |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 27, 2017 | Andrea M. Castro | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1